FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINA NICHOLAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>1st SECURITY BANK OF WASHINGTON, a Washington corporation,<br><br>Defendant. | No: 1:25-cv-03200-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Before the Court is a stipulation of dismissal submitted by the parties. ECF No. 14. Pursuant to Rule 41(a) and the parties' stipulation, this action is dismissed with prejudice without costs to any party. All hearings and deadlines are vacated.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and close the file.

**DATED** August 4, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 1