AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2026**

SEAN F. McAVOY, CLERK</span>

| | |
|---|---|
| KRISTINA NICHOLAS, an individual | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:25-cv-03200-RLP |
| | ) |
| | ) |
| 1st SECURITY BANK OF WASHINGTON, a Washington corporation | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Pursuant to Rule 41(a) and the parties' stipulation, this action is dismissed with prejudice without costs to any party.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   REBECCA L. PENNELL

Date:   8/4/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*